**Terry Wayne IMBEAU, Appellant,**

v.

**Mike SMITH, Sheriff, Conway County; Jimmy Hart, County Judge, Conway County; Phil Blaylock, Jail Administrator, Conway County; Terry Alvey, Conway County Quorum Court Member; Louis Gottsponer, Conway County Quorum Court Member; Cody Hill, Conway County Quorum Court Member; Billy F. Deaver, Conway County Quorum Court Member; Michael Hammons, Conway County Quorum Court Member; Philip Hoyt, Conway**

County Quorum Court Member; Gary Sams, Conway County Quorum Court Member; John Trafford, Conway County Quorum Court Member; Thomas Flowers; Lawrence Williams, Conway County Quorum Court Member; Lyle Wilson, Conway County Quorum Court Member, Appellees.

No. 11–2734.

United States Court of Appeals, Eighth Circuit.

Submitted: April 18, 2012.

Filed: April 25, 2012.

Paul Douglas Groce, Little Rock, AR, for Appellant.

Robert L. Beard, Jr., Jason E. Owens, Rainwater & Holt, Little Rock, AR, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Terry Imbeau appeals the district court's [1] adverse grant of summary judgment in his civil-rights action. Upon de novo review, *see Holden v. Hirner*, 663 F.3d 336, 340 (8th Cir.2011), we agree that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.